843

No. 468.   Atlas Building Products Co. v. Diamond Block & Gravel Co.   C. A. 10th Cir.   Certiorari denied. *J. F. Hulse* and *William A. Sloan* for petitioner.   *Dee C. Blythe* and *R. C. Garland* for respondent.

No. 533.   General Grievance Committee of the Brotherhood of Railroad Trainmen et al. v. Stichman, Trustee.   C. A. 2d Cir.   Certiorari denied. *Arnold B. Elkind* and *Herbert Zelenko* for petitioners.   *William W. Golub* for respondent.

No. 934.   Glass v. United States.   C. A. 7th Cir. Certiorari denied.   *Charles B. Evins* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 938.   Chilean Nitrate and Iodine Sales Corp. v. Amicizia Societa Navegazione.   C. A. 2d Cir.   Certiorari denied.   *C. Dickerman Williams* for petitioner. *Anthony N. Zock, John R. Sheneman* and *Francis J. O'Brien* for respondent.

No. 945.   Elmer, doing business as Mississippi Testing Laboratories, v. United States Fidelity & Guaranty Co.   C. A. 5th Cir.   Certiorari denied.   *Charles Clark* for petitioner.   *Joseph A. Covington* for respondent.

No. 947.   Maas, Guardian ad Litem, v. Board of Education of Mountain Lakes et al.   Supreme Court of New Jersey.   Certiorari denied.   *Esther Strum Frankel* for petitioner.